**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and CHARLENE BYRNES-CLOCKEDILE<br>Plaintiff<br><br>v.<br><br>U.S BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST<br>Defendant<br><br>CALIBER HOME LOANS, INC.<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-14222<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Thomas J. O'Neill, as counsel for Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust in connection with the above-captioned action.

        Respectfully submitted,

        **CALIBER HOME LOANS, INC.** and
        **U.S. BANK TRUST, N.A. AS TRUSTEE FOR**
        **LSF8 MASTER PARTICIPATION TRUST**

        By their attorney,

        /s/ Thomas J. O'Neill
        Thomas J. O'Neill
        BBO #559701
        tjoneill@daypitney.com
        DAY PITNEY LLP
        One Canterbury Green
        Stamford, CT 06901
DATED:    December 28, 2015    Tel.  (203) 977-7301

**CERTIFICATE OF SERVICE**

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2015.

                                              _____/s/ Thomas J. O'Neill_____
                                                         Thomas J. O'Neill