UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and <br> CHARLENE BYRNES-CLOCKEDILE <br> Plaintiff <br><br> v. <br><br> U.S BANK TRUST, N.A. AS TRUSTEE FOR <br> LSF8 MASTER PARTICIPATION TRUST <br> Defendant <br><br> CALIBER HOME LOANS, INC. <br> Defendant | Civil Action No. 15-14222 |

## MOTIONS PENDING IN THE STATE COURT REQUIRING THE ATTENTION OF THIS COURT

Plaintiffs Lawrence R. Clockedile, Jr. and Charlene Byrnes-Clockedile (jointly "Plaintiffs") filed a Motion for a Temporary Restraining Order and or Preliminary Injunction in the Trial Court of Massachusetts, Superior Court Department, Suffolk County (the "State Court") on or about December 7, 2015, to stay the foreclosure of the property located at 209 Clark Street, Leicester, Massachusetts 01542 that was scheduled to take place on December 10, 2015.

The parties filed a Joint Motion to Continue Hearing on Preliminary Injunction on December 16, 2015. The State Court endorsed the Joint Motion on December 18, 2015, and rescheduled the Hearing on the Preliminary for January 12, 2016 at 2:00 p.m.

Respectfully submitted,

**CALIBER HOME LOANS, INC.** and
**U.S. BANK TRUST, N.A. AS TRUSTEE FOR**
**LSF8 MASTER PARTICIPATION TRUST**

By their attorney,

 _/s/ Thomas J. O'Neill_____
Thomas J. O'Neill
BBO #559701
tjoneill@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
DATED:	December 28, 2015	Tel.   (203) 977-7301

# **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2015.

                                                 _____/s/ Thomas J. O'Neill_____
                                                         Thomas J. O'Neill