UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and<br>CHARLENE BYRNES-CLOCKEDILE<br>Plaintiff<br><br>v.<br><br>U.S BANK TRUST, N.A. AS TRUSTEE FOR<br>LSF8 MASTER PARTICIPATION TRUST<br>Defendant<br><br>CALIBER HOME LOANS, INC.<br>Defendant | Civil Action No. 15-14222 |

## CALIBER HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Caliber Home Loans, Inc. ("Caliber"), certifies that Caliber is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**CALIBER HOME LOANS, INC.** and
**U.S. BANK TRUST, N.A. AS TRUSTEE FOR
LSF8 MASTER PARTICIPATION TRUST**

By their attorney,

/s/ Thomas J. O'Neill
Thomas J. O'Neill
BBO #559701
tjoneill@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
DATED:        December 28, 2015                Tel.   (203) 977-7301

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2015.

                                                    /s/ Andraya B. Pulaski
                                                    Andraya B. Pulaski