# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and<br>CHARLENE BYRNES-CLOCKEDILE<br>Plaintiff<br><br>v.<br><br>U.S BANK TRUST, N.A. AS TRUSTEE FOR<br>LSF8 MASTER PARTICIPATION TRUST<br>Defendant<br><br>CALIBER HOME LOANS, INC.<br>Defendant | Civil Action No. 15-14222 |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Darian M. Butcher, as counsel for Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust in connection with the above-captioned action.

Respectfully submitted,

**CALIBER HOME LOANS, INC.** and
**U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**

By their attorney,

 /s/ Darian M. Butcher
Darian M. Butcher
BBO #685568
dbutcher@daypitney.com
DAY PITNEY LLP
One International Place
Boston, MA 02110
DATED:   January 4, 2016          Tel.   (617) 345-4668

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2016.

                                                          /s/ Darian M. Butcher
                                                            Darian M. Butcher