# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and <br> CHARLENE BYRNES-CLOCKEDILE <br> Plaintiffs <br><br> v. <br><br> U.S. BANK TRUST, N.A. AS TRUSTEE FOR <br> LSF8 MASTER PARTICIPATION TRUST <br> Defendant <br><br> CALIBER HOME LOANS, INC. <br> Defendant | Civil Action No. 15-14222 |

## DEFENDANTS CALIBER HOME LOANS, INC. AND U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as trustee for LSF8 Master Participation Trust (collectively, "Defendants") hereby move for summary judgment against the plaintiffs Lawrence R. Clockedile, Jr. and Charlene Byrnes-Clockedile ("Plaintiffs"). As discussed in the memorandum of law and statement of material facts submitted herewith and made a part hereof, Defendants seek an order granting their motion for summary judgment because there are no material facts in dispute and they are entitled to summary judgment as a matter of law.

WHEREFORE, Defendants request that the Court enter summary judgment in their favor and for such other and further relief as the Court might determine necessary and proper.

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF COMPLIANCE

Day Pitney certifies that it has conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues set forth herein.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants hereby request oral argument on their Motion for Summary Judgment.

Respectfully submitted,

**CALIBER HOME LOANS, INC.** and
**U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**

By their attorneys,

/s/ Thomas J. O'Neill
Thomas J. O'Neill
BBO #559701
tjoneill@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06103
Tel.   (203) 977-7301

Darian M. Butcher
BBO #685568
dbutcher@daypitney.com
DAY PITNEY LLP
One International Place
Boston, MA 02110
Tel.   (617) 345-4668

DATED:    March 28, 2016

# CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2016.

                                              /s/ Darian M. Butcher
                                              Darian M. Butcher