UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE R. CLOCKEDILE, JR. and<br>CHARLENE BYRNES-CLOCKEDILE<br>Plaintiffs<br><br>v.<br><br>U.S. BANK TRUST, N.A. AS TRUSTEE FOR<br>LSF8 MASTER PARTICIPATION TRUST<br>Defendant<br><br>CALIBER HOME LOANS, INC.<br>Defendant | Civil Action No. 15-14222 |

## DEFENDANTS' CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants U.S. Bank Trust, N.A. as Trustee for LSF8 Master Participation Trust ("U.S. Bank") and Caliber Home Loans, Inc. ("Caliber") submit this Concise Statement of Undisputed Material Facts, pursuant to Local Rule 56.1, in support of their motion for summary judgment.

1. On March 7, 2004, a loan agreement (the "Note"), bearing the signatures of Lawrence R. Clockedile, Jr. and Charlene Byrnes-Clockedile ("Plaintiffs"), was executed in favor of Household Finance Corporation II ("Household Finance") memorializing an obligation to repay a loan in the principal amount of $275,497.98, with an initial fixed interest rate of 8.743% per annum (the "Loan"). (Affidavit of Tomica T. Moore in Support of Defendants' Motion for Summary Judgment ("Moore Aff."), ¶ 6, Ex. B).

2. The Note required Plaintiffs to pay monthly payments, as well as taxes and

insurance, until the Loan was paid in full, but not later than March 7, 2037.  (*Id*.).

3. To secure payment of the Note, on March 7, 2007, a mortgage (the "Mortgage"), bearing Plaintiffs' signatures, was executed in favor of Household Finance.  (*Id.*, ¶ 7, Ex. C).

4. Pursuant to the terms of the Mortgage, Defendants agreed that the Mortgage would be discharged only if payments were made in accordance with the terms of the Note.  (*Id*.).

5. The Mortgage encumbers property located at 209 Clark Street, Rochdale, Massachusetts 01542 (the "Property").  (*Id.*).

6. U.S. Bank became the holder of the Mortgage by way of an assignment of the Mortgage from Household Finance (the "Assignment").  (*Id*., ¶ 8).

7. Caliber was authorized to execute the Assignment on behalf of Household Finance.  (*Id*., ¶ 8, Ex. D).

8. U.S. Bank is the holder of the Note and has been in possession of the same since December 5, 2013.  (*Id*., ¶ 10).

9. On or about April 12, 2010, Plaintiffs defaulted on the Loan by failing to make the scheduled payment.  (*Id*., ¶ 11).  In addition, Plaintiffs have not paid the real estate taxes due on the Property.  (*Id.*).  As such, the Note and Mortgage are in default and have been in default for almost six (6) years.

10. Plaintiffs are residing at the Property and have not paid for their use and occupancy of same.  (*Id*., ¶ 12.).

Respectfully submitted,

**CALIBER HOME LOANS, INC.** and
**U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**

By their attorneys,

<u>/s/ Thomas J. O'Neill</u>
Thomas J. O'Neill
BBO #559701
tjoneill@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06103
Tel.   (203) 977-7301

Darian M. Butcher
BBO #685568
dbutcher@daypitney.com
DAY PITNEY LLP
One International Place
Boston, MA 02110
Tel.   (617) 345-4668

DATED:      March 28, 2016

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2016.

/s/ Darian M. Butcher  
Darian M. Butcher
